*In re* **LASKI**, James Joseph Jr. (MR 20855)
Chicago, IL

Order of the Court:

The motion by James Joseph Laski, Jr., to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **O'DONNELL**, Terry (MR 20892)
Addison, IL

Order of the Court:

The motion by Terry O'Donnell to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.